IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01302-BNB

ALFRED J. PRINCE,
Applicant,

v.

THE DIRECTOR AR DAVIDSON,
Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2009

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED PLEADING

Applicant, Alfred J. Prince, initiated this action by filing *pro se* two motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On June 3, 2009, the court ordered Mr. Prince to cure certain deficiencies if he wishes to pursue his claims. The court specifically advised Mr. Prince that the names in the caption of the motions seeking leave to proceed *in forma pauperis* differed from the names in the caption of the application, that he failed to provide addresses for the named Respondents, and that the application was not filed on the correct form. Because Mr. Prince alleges that he is challenging the validity of a federal conviction and sentence from the United States District Court for the Western District of Oklahoma, he was provided with the proper form for an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 16, 2009, Mr. Prince filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The *in forma pauperis*

motions filed on May 27, 2009, will be denied as moot and the *in forma pauperis* motion filed on June 16, 2009, will be granted.

The court must construe the amended habeas corpus application liberally because Mr. Prince is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Prince will be ordered to file a second amended pleading.

The court notes initially that the amended application is deficient because Mr. Prince still fails to provide an address for the named Respondent. Mr. Prince must correct this deficiency in the second amended pleading he will be ordered to file.

The amended application also is deficient because Mr. Prince fails to provide a clear and concise statement of his claims. Mr. Prince fails to identify the specific constitutional rights that allegedly have been violated and he fails to provide specific facts in support of the claims he is raising. In short, Mr. Prince fails to provide a clear statement of any claims that demonstrate he is entitled to the relief he seeks.

Therefore, Mr. Prince must file a second amended pleading that includes a clear and concise statement of the claims he is asserting along with a clear statement of the factual allegations that support each asserted claim. Mr. Prince is advised that he must go beyond notice pleading in a habeas corpus action and that naked allegations of constitutional violations are not sufficient to state a habeas corpus claim. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that the motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 filed on May 27, 2009, are denied as moot. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action filed on June 16, 2009, is granted. It is

FURTHER ORDERED that Mr. Prince file **within thirty (30) days from the date of this order** a second amended pleading that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Prince, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Prince fails to file a second amended pleading that complies with this order within the time allowed, the action will be dismissed without further notice.

DATED June 17, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01302-BNB

Alfred J. Prince
Prisoner No. 61977
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on 6/17/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk